Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central** District of **California**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Flying Star LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 2 - 1 4 6 9 9 3 6 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 17145 Margay Ave<br>Number    Street | Number    Street |
| | P.O. Box |
| Carson    CA    90746<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles<br>County | Number    Street |
| | City    State    ZIP Code |

5. Debtor's website (URL) _____

Debtor  **Flying Star LLC**  
      Name

Case number (if known) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 5 4 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  
If more than 2 cases, attach a separate list.

☒ No  
☐ Yes. District _____ When _____ Case number _____  
                                                  MM / DD / YYYY  
       District _____ When _____ Case number _____  
                                                  MM / DD / YYYY

Debtor  **Flying Star LLC**  Case number *(if known)* _____
        _____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes. Debtor **See continuation page.**    Relationship _____
    District _____    When _____
    Case number, if known _____    MM / DD / YYYY

11. **Why is the case filed in *this* district?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street
    _____
    _____    _____    _____
    City    State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    *Check one:*
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000
    ☐ 50-99        ☐ 5,001-10,000     ☐ 50,001-100,000
    ☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  Flying Star LLC    Case number (if known) _____
     Name

### 15. Estimated assets

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/21/2025
           MM / DD / YYYY

X  John Shun On Ngan          /s/ John Ngan
Signature of authorized representative of debtor    Printed name

Title  Managing Member

### 18. Signature of attorney

X  /s/                          Date  02/24/25
Signature of attorney for debtor                MM / DD / YYYY

Michael B. Reynolds
Printed name

Snell & Wilmer L.L.P.
Firm name

600 Anton Blvd., Suite 1400
Number    Street

Costa Mesa                          CA        92626
City                              State    ZIP Code

(714) 427-7000                      mreynolds@swlaw.com
Contact phone                        Email address

174534                              California
Bar number                          State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Continuation page.

| | | | | |
|---|---|---|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes. | Debtor  Sky Creations LLC<br>District  Central District of California<br>Case number, if known _____ | Relationship  Affiliate<br>When  2/24/2025<br>MM / DD / YYYY | |

| | | | |
|---|---|---|---|
| Debtor  E Star LLC | Relationship  Affiliate |
| District  Central District of California | When  2/24/2025 |
| Case number, if known _____ | MM / DD / YYYY |

| | | | |
|---|---|---|---|
| Debtor  Top Brand LLC | Relationship  Affiliate |
| District  Central District of California | When  2/24/2025 |
| Case number, if known _____ | MM / DD / YYYY |

| | | | |
|---|---|---|---|
| Debtor  John Shun On Ngan | Relationship  Managing Member |
| District  Central District of California | When  2/24/2025 |
| Case number, if known _____ | MM / DD / YYYY |

## RESOLUTION OF FLYING STAR LLC,
## AN ILLINOIS LIMITED LIABILITY COMPANY

John Ngan, as the sole member ("**Member**") and manager ("**Manager**") of Flying Star LLC, an Illinois limited liability company (the "**Company**"), adopts the following resolutions (the "**Resolutions**").

WHEREAS, Member and Manager are familiar with the facts and information relating to, among other things: (i) the Company's operations, assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company; and (iii) the potential impacts of the foregoing on the Company's businesses.

WHEREAS, Member and Manager, in consultation with the Company's management and their professional advisors, have, among other things, evaluated the business alternatives available to the Company, including, but not limited to: (i) potential equity, debt and other financing, and sale; (ii) out-of-court and in-court options; and (iii) options available under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") (collectively, the "**Options**").

WHEREAS, MANAGER has the power and authority to approve any of the Options or any other strategic alternatives available to the Company.

WHEREAS, Member and Manager have determined, in their judgment, that the Company's filing a voluntary chapter 11 petition in order to avail itself of applicable law, including the bankruptcy laws, is in the best interests of the Company, their creditors, and other interested parties; and that the choice of venue (i.e., the Central District of California), reflects the preferred venue choice of the Member, the Manager, and the Company.

NOW, THEREFORE, BE IT:

RESOLVED, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States



4903-1273-1934

1

Bankruptcy Court for the Central District of California (when filed, the "**Bankruptcy Case**"); and it is

FURTHER RESOLVED that any officer (or legally authorized individual duly acting on behalf) of the Company (each, an "**Authorized Officer**"), acting alone or with one or more other Authorized Officers (though in consultation with the Member), is hereby authorized, empowered and directed to execute and file on behalf of the Company all petitions, motions, pleadings, applications, exhibits, schedules, lists, and other papers, instruments, or documents, and take and perform any and all further actions and steps that they deem necessary, desirable, and proper to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain or improve the operation of the Company's business, and to cause the same to be filed in the United States Bankruptcy Court for the Central District of California, at such time as the Authorized Officers shall determine; and it is

FURTHER RESOLVED, that the retention by the Company of the law firm of Snell & Wilmer L.L.P. ("**Snell & Wilmer**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions necessary to advance the Company's rights in connection therewith, including filing any pleadings, is approved and ratified, and each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Snell & Wilmer; and it is

FURTHER RESOLVED, that in consultation with the Member, each of the Authorized Officers is authorized and empowered to employ on the Company's behalf other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers is, in consultation with the Member and with power of delegation, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer or Authorized Officers'

4903-1273-1934                                                    2

judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by any of the Authorized Officers or the Member and Manager in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing Resolutions are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned, being the sole Member and Manager of the Company, hereby execute these Resolutions.

FLYING STAR LLC                                          FLYING STAR LLC

By: _____                              By: _____
    John Ngan, as                                            John Ngan, as
    Manager                                                  Sole Member

**Fill in this information to identify the case:**

Debtor name: Flying Star LLC

United States Bankruptcy Court for the: Central District of California
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cozy Comfort Company LLC Messner Reeves LLP 7250 N 16th St Ste 410 Phoenix, AZ 85020 | Isaac S Crum Esq | Litigation | Disputed | | | $18,361,394.51 |
| 2 | Living Design Ltd Flat/Rm 01-05-Blk 2 #9 Sheung Yeut Rd Kownloon Bay, Hong Kong | 0852-9851-9519 | Trade | Disputed | | | $3,999,546.19 |
| 3 | Jones Day Gregory A Castanias 51 Louisiana Ave NW Washington, DC 20001-2105 | Gregory A Castanias (202) 879-3639 | Professional Services | Disputed | | | $663,817.00 |
| 4 | Aronberg Goldgehn Davis & Garmisa 330 North Wabash Chicago, IL 60611 | Damaris Torres Lopez (312) 828-9600 | Professional Services | Disputed | | | $281,645.08 |
| 5 | Shaoxing Mase Trade Co Ltd 3rd Fl No 38 Yuanling So 4th Lane Huidong County Huizhou City, Guangdon CHINA | Lucy 86-0575-85178323 | Trade | Disputed | | | $231,627.76 |
| 6 | Osborn Maledon PA 2929 N Central Ave Ste 2000 Phoenix, AZ 85012 | Osborn Maldeon (602) 640-9315 | Professional Services | Disputed | | | $206,273.37 |
| 7 | Easy People LTD Rm 16G 16H Shenkan Bldg Middle Rd Futian District PH HONG KONG 999077 | Kevin | Trade | Disputed | | | $193,070.00 |

Debtor    Flying Star LLC    Case number (*if known*) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Mainland Sewing Headwear MFG LTD<br>Rm 2301-2305 23/F FTLIFE Tower<br>No 18 Sheung Yuet Road<br>Shenzhen City, CHINA 999077 | (852) 279-0483 | Trade | Disputed | | | $190,944.52 |
| 9 | GlobalNetwork Solution World<br>801 W. Walnut St.,<br>Compton, CA 90220 | Mark Simon<br>(818) 773-9333 | Trade | Disputed | | | $190,000.00 |
| 10 | Hangzhou Huddys Clothing Co Ltd<br>Attn Lian Wang Rm 3305 Bldg 11<br>Phase 11 Tianan Cloud Valley<br>Bantian Sub-District Longgang District<br>Shenzhen, Guangdong CHINA | Lian Wang<br>086-1565-8062135 | Trade | Disputed | | | $157,215.56 |
| 11 | Hangzhou Babycat Textile Co Ltd<br>Bldg A Xige Gong Yu #2004 Xingye Rd<br>Xixiang Sub-District Bao'an District<br>Shenzhen, Guangdong CHINA | Kuang Qiaoyi<br>086-0571-64177731 | Trade | Disputed | | | $126,809.00 |
| 12 | Great Wall Products Mfg Ltd<br>Chaosha New Village<br>Renmin 2nd Rd Qingcheng<br>Qingyuan City, Guangdong CHINA | Wu Qixi | Trade | Disputed | | | $91,780.00 |
| 13 | Anhui Light Industries International<br>Su Xiaopeng Rm 101 # 2<br>Bldg 13 Shuixie Huacheng<br>Fuxing West Rd Jingxiu Dist<br>Baoding City, Hebe CHINA | | Trade | Disputed | | | $83,444.18 |
| 14 | Ningbo Carefree Trading & Indust Co Ltd<br>Attn Cici Zong 410 Phase II<br>Design Commune Huli District<br>PH 086-0574-87105200<br>Xiamen, CHINA | | Trade | Disputed | | | $76,985.90 |
| 15 | Channel Bakers Inc<br>8285 E Santa Ana Canyon Rd<br>Suite135-315<br>Anaheim, CA 92808 | (714) 767-8236 | Trade | Disputed | | | $45,247.04 |
| 16 | Criteo Crop<br>387 Park Avenue So 12th Fl.<br>New York, NY 10016 | | Trade | Disputed | | | $35,490.53 |
| 17 | Cislo & Thomas LLP<br>12100 Wilshire Blvd<br>Los Angeles, CA 90025 | | Trade | Disputed | | | $32,185.70 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor    Flying Star LLC
      Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | iSunic BV<br>Pastoor stassenstraat 3<br>Venlo NETHERLANDS, 5921CR | Kelly<br>31(0) 627303836 | Trade | Disputed | | | $27,328.26 |
| 19 | Empire Staffing Group Mandy<br>8532-1/2 Rosecrans Ave<br>Paramount, CA 90723-3644 | Mandy<br>(310) 438-1458 | Trade | Disputed | | | $24,328.26 |
| 20 | D Kempster LLC<br>332 S Michigan Ave Ste 1428<br>Chicago, IL 60604 | D Kempster<br>(708) 291-0134 | Professional Services | Disputed | | | $24,000.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 3

3CG Refund Sniper LLC
ATTN Accounting
16192 Coastal Hwy
Lewes, DE 19958


Anhui Light Industries International
Su Xiaopeng Rm 101 # 2
Bldg 13 Shuixie Huacheng
Fuxing West Rd Jingxiu Dist
Baoding City, Hebe CHINA


Aronberg Goldgehn Davis & Garmisa
ATTN Damaris Torres Lopez
330 North Wabash
Chicago, IL 60611


AT&T
P O Box 5019
Carol Stream, IL 60197


Auto Club
P O Box 25406
Santa Ana, CA 92799


California Dept of Tax and Fee Admin
Account Information Grp MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Canon Financial Services Inc
14904 Collections Center Dr
Chicago, IL 60693


Channel Advisor Hong Kong Limited
3025 Carrington Mill Blvd Ste 500
Morrisville, North Carolina 27560

Channel Bakers Inc
8285 E Santa Ana Canyon Rd
Suite 135-315
Anaheim, CA 92808


Cislo & Thomas LLP
Luke
12100 Wilshire Blvd
Los Angeles, CA 90025


Cozy Comfort Company LLC
c/o Isaac S Crum Esq
Messner Reeves LLP
7250 N 16th St Ste 410
Phoenix, AZ 85020


Criteo Crop
387 Park Avenue So 12th Floor
New York, NY 10016


Cuckoo Rental America Inc
Attn Julia
16610 Marquardt Ave
Cerritos, CA 90703


D Kempster LLC
D Kempster
332 S Michigan Ave Ste 1428
Chicago, IL 60604


Easy People LTD
Attn Kevin Rm 16G 16H
Shenkan Bldg
Middle Rd Futian District PH
HONG KONG 999077

Empire Staffing Group
Mandy
8532-1/2 Rosecrans Ave
Paramount, CA 90723-3644


Franchise Tax Board
Chief Counsel
PO Box Box MS A-260
Rancho Cordova, CA 95741-1720


GlobalNetwork Solution World
Attn Mark Simon
801 W Walnut St
Los Angeles, CA 90220


Great Wall Products Mfg Ltd
Attn Wu Qixi No 210,
Chaosha New Village
Renmin 2nd Rd Qingcheng
Qingyuan City, Guangdong CHINA


Hangzhou Babycat Textile Co Ltd
Attn Kuang Qiaoyi Ground Fl Shop 02
Bldg A Xige Gong Yu #2004 Xingye Rd
Xixiang Sub-District Bao'an District
Shenzhen, Guangdong CHINA


Hangzhou Huddys Clothing Co Ltd
Attn Lian Wang Rm 3305 Bldg 11
Phase 11 Tianan Cloud Valley
Bantian Sub-District Longgang District
Shenzhen, Guangdong CHINA


Internal Revenue Service
PO Box Box 7346
Philadelphia, PA 19101-7346

iSunic BV
Kelly
Pastoor stassenstraat 3
Venlo NETHERLANDS, 5921CR


Jones Day
Gregory A Castanias
51 Louisiana Ave NW
Washington, DC 20001-2105


Living Design Ltd
Flat/Rm 01-05-Blk 2
#9 Sheung Yeut Rd
Kownloon Bay, Hong Kong


Mainland Sewing Headwear
MFG LTD
Rm 2301-2305 23/F FTLIFE Tower
No 18 Sheung Yuet Road Attn Ava
Shenzhen City, CHINA 999077


Ngan Brothers Inc
Attn Cindy
17145 Margay Ave
Carson, CA 90746


Ningbo Carefree Trading & Indust Co Ltd
Attn Cici Zong 410 Phase II
Design Commune Huli District
Xiamen, CHINA


Osborn Maledon PA
ATTN Osborn Maledon
2929 N Central Ave Ste 2000
Phoenix, AZ 85012

OSI Staffing Inc
Abby
10913 La Reina Ave Ste B
Downey, CA 90241


Refund Sniper LLC
Yisrael
16192 Coastal Hwy
Lewes, DE 19958


Shaoxing Mase Trade Co Ltd
Attn Lucy
3rd Fl No 38 Yuanling
So 4th Lane Huidong County
Huizhou City, Guangdon CHINA


Thom Mulichak
Attn Thom
18622 Demion Lane Ste D
Huntington Beach, CA 92646


Toyota Industries Commercial Fin Inc
P O Box 660925
Dallas, TX 75266


TRC Employer Services
ATTN Pablo
21515 Hawthorne Blvd Ste 200
Torrance, CA 90503


Uline
P O Box 88741
Chicago, IL 60680


UPS
P O BOX 650116
Dallas, TX 75266

Waste Resources Carson
P O Box 7299
Gardena, CA 90247