| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SNELL & WILMER LLP<br>Michael B. Reynolds (SBN 174534)<br>mreynolds@swlaw.com<br>Andrew B. Still (SBN 312444)<br>astill@swlaw.com<br>Allison C. Murray (SBN 329336)<br>acmurray@swlaw.com<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626<br>Tel.: 714-427-7000<br>Fax: 714-427-7799<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | **FILED & ENTERED**<br><br>**FEB 27 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>FLYING STAR LLC<br>                                                                          Debtor(s)<br>--------------------------------------------------------------------<br>In re:<br><br>SKY CREATIONS LLC<br>TOP BRAND LLC<br>E STAR LLC<br>JOHN SHUN ON NGAN<br><br>                                                                          Debtor(s) | LEAD CASE NO.: 2:25-bk-11380-WB<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.:  2:25-bk-11384-WB<br>CASE NO.:  2:25-bk-11387-WB<br>CASE NO.:  2:25-bk-11388-WB<br>CASE NO.:  2:25-bk-11416-WB<br><br>☐ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br><br>                                                                          Debtor(s) | **ORDER ☒ GRANTING ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On (*date*) 02/25/2025, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re Flying Star LLC                                                                                                                         , case number 2:25-bk-11380-WB                                       .

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:  ☒ Granted    ☐ Denied

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

2. Promptly upon entry of an order granting a motion to approve joint administration:

   a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

   b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

   c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

   d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: February 27, 2025

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**